# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPHINE CROSS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | NO. CV 10-06681-DSF (MAN)<br><br>ORDER ACCEPTING FINDINGS OF<br>AND RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed. The Court accepts the findings and recommendations set forth in the Report.

    IT IS ORDERED that: the Commissioner's decision is reversed; and the case is remanded for further proceedings consistent with the provisions of the Report.

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 9/17/12 .

*Dale S. Fischer*

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE