**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPHINE CROSS, | ) NO. CV 10-06681-DSF (MAN) |
|              Plaintiff, | ) |
|      v. | ) JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) |
|              Defendant. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the decision of the Commissioner of Social Security is reversed, and the case is remanded for further proceedings.

DATED:   9/17/12   .

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE